UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANTHONY RICHARD WHEELER (#373044)

CIVIL ACTION

VERSUS

NUMBER 11-223-FJP-SCR

STATE OF LOUISIANA DEPARTMENT
OF CORRECTIONS, ET AL

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the petition of Anthony Richard Wheeler for a writ of habeas corpus shall be dismissed with prejudice as untimely, pursuant to 28 U.S.C. § 2244(d).

Baton Rouge, Louisiana, May 23, 2011.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#47274